**Order filed October 18, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00155-CV**

_____

**ROBERT FIELDS AND JOHN FIELDS, CO-INDEPENDENT EXECUTORS OF THE ESTATE OF JAMES R. FIELDS, DECEASED, Appellants**

**V.**

**MARY ELIZABETH LEE FIELDS, Appellee**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-52159**

## O R D E R

On April 12, 2012, this court abated this case for mediation. On June 26, 2012, the mediator reported that the case had settled in mediation. On September 13, 2012, this court sent correspondence to the parties requesting a dispositive motion or motion to dismiss. As of today, the parties have not responded.

Appellant's brief was due July 13, 2012. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **November 15, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM